UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00281-MOC

| | | |
|---|---|---|
| **JAVOTA JETER,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss (#3). Having conducted an initial review of that dispositive motion, the court will provide petitioner (who is proceeding pro se) an opportunity to file a Response as provided in the Rules Governing Section 2255 Proceedings. Petitioner is advised that this is his opportunity to provide the court will legal arguments as to why his Petition should not be dismissed for the reasons asserted by the government in its Motion to Dismiss.

**ORDER**

**IT IS, THEREFORE, ORDERED** that petitioner file his Response to the government's Motion to Dismiss (#3) within 60 days of entry of this Order.

Signed: September 13, 2016

Max O. Cogburn Jr.
United States District Judge